UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

RAEHA KELLER,

                            **Plaintiff,**                       23-CV-10717 (VEC)(SN)

             -against-                            **ORDER**

ROADGET BUSINESS PTE. LTD., et al.,

                            **Defendant.**

-----------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

      A status conference is scheduled for September 20, 2024, at 11:00 a.m. in Courtroom 219, Thurgood Marshall Courthouse, 40 Foley Square, New York, New York, to address ongoing discovery issues raised during the September 11, 2024 conference.

      By 12:00 p.m. on Thursday, September 19, 2024, the Plaintiff shall file a two-page letter advising the Court of any ongoing disputes regarding the ordered discovery and matters addressed during the September 11, 2024 conference. Any opposition from the Defendants shall be filed by 6:00 p.m. on Thursday, September 19, 2024. If no disputes exist, the parties may request that the Court adjourn the September 20, 2024 conference.

      In addition, for the reasons stated on the record, including Defendants' failure to comply with the Court's prior orders, Plaintiff's motion for sanctions is granted. Fed. R. Civ. P. 37(a). Defendants shall pay all reasonable attorney's fees related with the motion filed at ECF No. 67, including preparation for and attendance at the September 11, 2024 conference. The parties are ORDERED to meet and confer to reach agreement on the amount. If the parties cannot agree,

2

Plaintiff shall file a request for fees supported by billing records by September 20, 2024.

Defendants may file any opposition to the request by September 27, 2024.

The discovery deadline is extended from September 27, 2024, to October 31, 2024. No further extensions shall be granted absent good cause.

The Clerk of Court is requested to terminate the motion at ECF No. 67.

**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

DATED:   September 11, 2024
         New York, New York