USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 9/20/2024

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| RAEHA KELLER,<br><br>                                Plaintiff,<br><br>              -against-<br><br>ROADGET BUSINESS PTE. LTD., SHEIN US SERVICES, LLC, FASHION CHOICE PTE. LTD., & SHEIN DISTRIBUTION CORPORATION,<br><br>                                Defendants. | 23-CV-10717 (VEC)<br><br>ORDER |

VALERIE CAPRONI, United States District Judge:

WHEREAS the post-fact discovery conference is scheduled on September 27, 2024 at 10:00 A.M., *see* Dkt. 29 ¶ 10;

WHEREAS this case was referred to Judge Netburn on June 10, 2024, for general pretrial and dispositive motions, *see* Dkt. 58;

WHEREAS Judge Netburn extended the discovery deadline on September 11, 2024, from September 27, 2024 to October 31, 2024, *see* Dkt. 75;

IT IS HEREBY ORDERED that the post-fact discovery conference scheduled on September 27, 2024 is ADJOURNED to November 1, 2024 at 10:00 A.M. in Courtroom 443 of the Thurgood Marshall Courthouse, 40 Foley Square, New York, New York, 10007. The parties' joint submission must be filed by no later than October 24, 2024. For the required contents of the submission, the parties are directed to Dkt. 29 ¶ 10.

**SO ORDERED.**

Dated:   **September 20, 2024**
         **New York, New York**

                                                               **VALERIE CAPRONI**
                                                             **United States District Judge**