**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

|  |  |  |
|---|---|---|
| RAEHA KELLER, | : | |
| | : | |
| *Plaintiff*, | : | Case No. 1:23-cv-10717 (VEC)(SN) |
| | : | |
| v. | : | |
| | : | |
| ROADGET BUSINESS PTE. LTD., a | : | |
| Singapore private limited company; | : | |
| SHEIN DISTRIBUTION | : | |
| CORPORATION, a Delaware | : | |
| corporation; SHEIN US SERVICES, | : | |
| LLC, a Delaware limited liability | : | |
| company; and FASHION CHOICE PTE. | : | |
| LTD., a Singapore private limited | : | |
| company, | : | |
| | : | |
| *Defendants*. | | |

---

## NOTICE OF SETTLEMENT

Plaintiff Raeha Keller ("Plaintiff") hereby files this Notice of Settlement as to defendants Roadget Business Pte. Ltd., Shein Distribution Corporation, Shein US Services, LLC, and Fashion Choice Pte. Ltd. ("Defendants"), as Plaintiff and Defendants have reached an agreement to settle the entirety of this Action. The Parties expect that the standard thirty days to finalize settlement will be sufficient.

Dated:  September 24, 2024
        New York, New York

KUSHNIRSKY GERBER PLLC


_____

Andrew Gerber
Vanessa Sorrentino
andrew@kgfirm.com
vanessa@kgfirm.com
27 Union Square West, Suite 301
New York, NY 10003
(212) 882-1320

*Attorneys for Plaintiff Raeha Keller*